# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WATKINS,<br><br>                    Plaintiff,<br><br>    v.<br><br>S. DEATHRIAGE, et al.,<br><br>                    Defendants. | Case No. 1:12-cv-01273-LJO-DLB PC<br><br>**ORDER TO SHOW CAUSE**<br><br>ECF No. 4<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

Plaintiff James Watkins ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On August 13, 2012, the Court ordered Plaintiff to either file the correct in forma pauperis application or pay the filing fee within forty-five days. ECF No. 4. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within **twenty-one (21) days** why this action should not be dismissed for failure to obey a court order. If Plaintiff fails to show cause or otherwise timely respond, the Court will dismiss this action for failure to obey a court order.

IT IS SO ORDERED.

    Dated:   **October 16, 2012**                    /s/ *Dennis L. Beck*
                                                                 UNITED STATES MAGISTRATE JUDGE

1