1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAMES WATKINS, | ) | Case No.: 1:12cv01273 LJO DLB (PC) |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER EXTENDING DISCOVERY AND SCHEDULING ORDER TO DEFENDANT |
| S. DEATHRIAGE, et al., | ) ) | WILLIAMS |
| Defendants. | ) ) ) | |

Plaintiff James Watkins ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed this action on August 6, 2012. On April 2, 2013, the Court ordered that the action proceed against (1) Defendant E. Williams for deliberate indifference to Plaintiff's safety in violation of the Eighth Amendment; and (2) Defendants S. Deathriage and D. Runnels for retaliation in violation of the First Amendment.

Defendant Deathriage filed an answer on July 12, 2013.

On July 16, 2013, the Court issued a Discovery and Scheduling Order.

1

Defendant Williams filed an answer on August 15, 2013.[1] Accordingly, application of the July 16, 2013, Discovery and Scheduling Order is HEREBY EXTENDED to Defendant Williams. The deadline for initial disclosures is EXTENEDED to September 29, 2013, as to Defendant Williams. All further dates remain as set in the Discovery and Scheduling Order.

IT IS SO ORDERED.

Dated:   **August 27, 2013**                    /s/ Dennis L. Beck
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Defendant Runnels has not yet responded to the complaint.