# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WATKINS,<br><br>            Plaintiff,<br><br>      v.<br><br>S. DEATHRIAGE, et al.,<br><br>            Defendants. | Case No.  1:12-cv-1273-LJO-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR SUMMONS AS MOOT<br><br>(ECF No. 28) |

Plaintiff James Watkins ("Plaintiff") is a prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding against Defendant E. Williams for deliberate indifference to Plaintiff's safety in violation of the Eighth Amendment, and against Defendants S. Deathriage and D. Runnels for retaliation in violation of the First Amendment.  (ECF No. 12.)

On April 29, 2013, the Court issued an order directing the U.S. Marshal to serve the complaint on S. Deathriage, D. Runnels, and E. Williams.  (ECF No. 14.)  On July 12, 2013, Defendant Deathriage filed an answer.  (ECF No. 15.)  On On August 15, 2013, Defendant Williams filed an answer.  (ECF No. 21.)  On October 28, 2013, Plaintiff filed a motion for summons requesting proof of service for all defendants in this case.  (ECF NO. 28.)  As of the date of Plaintiff's motion, only two of three defendants had appeared in this action.  On November 5, 2013, Defendant D. Runnels filed an answer to the complaint.  (ECF No. 30.)

///

1

1   Accordingly, it is HEREBY ORDERED that Plaintiff's Motion for Summons, filed
2 October 24, 2013, is DENIED as MOOT.

IT IS SO ORDERED.

Dated:  **November 12, 2013**              /s/ *Dennis L. Beck*
                                        UNITED STATES MAGISTRATE JUDGE