UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WATKINS,<br><br>   Plaintiff<br><br>  v.<br><br>S. DEATHRIAGE, et al.,<br><br>   Defendants. | CASE No. 1:12-cv-01273 LJO DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION TO STRIKE DEFENDANT'S ANSWER AND ENTER DEFAULT<br><br>(ECF No. 49) |

  Plaintiff James Watkins ("Plaintiff") is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On September 2, 2014, the Magistrate Judge issued a Findings and Recommendation which recommended that Plaintiff's motion to strike Defendant's answer and enter default be denied. (ECF No. 49.) The parties were given fourteen days to object. Fourteen days have passed and no party has filed objections.

  Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

  Accordingly, it is HEREBY ORDERED that:

1.  The Court ADOPTS the Findings and Recommendations filed on September 2, 2014, in full;

2.  Plaintiff's motion to strike Defendant Runnels' answer and enter default against Defendant Runnels is DENIED; and

3. The matter is REFERRED BACK to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

   Dated: **September 22, 2014**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE